THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH F. O'BRIEN, Appellant.

Argued June 1, 1953; decided July 14, 1953.

*Jacob W. Friedman* for appellant.

*Miles F. McDonald, District Attorney (Aaron E. Koota* and *Julius Helfand* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.